**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00359-CV**

_____

**OXBOW CALCINING LLC, Appellant**

**V.**

**PORT ARTHUR STEAM ENERGY, LP, Appellee**

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-201,894**

**ORDER**

The appellant, Oxbow Calcining LLC (Oxbow), filed a motion to stay all trial court proceedings and discovery during the pendency of their appeal from an order denying a motion to compel arbitration and from an order granting post-judgment turnover relief. Appellee, Port Arthur Steam Energy, LP (PASE), filed a response. Both parties filed several replies and sur-replies.

1

When an appeal is perfected, we may make such orders as are necessary to preserve the parties' rights until disposition of the appeal. *See* Tex. R. App. P. 2, 24.4(c), and 29.3.

We grant a temporary stay and STAY the enforcement of the Turnover Order and discovery in Cause Number E-201,894, until further order of this Court. We further ORDER the trial court to conduct a hearing and make appropriate orders pursuant to Tex. R. App. P. 24 and 24.2. Any documents filed, orders signed, and the transcript of a Rule 24 hearing held by the trial court shall be forwarded to this Court as a supplemental record no later than **Friday, October 19, 2018**.

We do not abate the appeal at this time and all appellate deadlines remain in effect.

ORDER ENTERED September 20, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.